Stacey H. Crawshaw, OSB #146074
Stacey.Lewis@pacificalawgroup.com
PACIFICA LAW GROUP LLP
401 Union St., Suite 1600
Seattle, WA 98101-2668
(206) 245-1700

Paul J. Lawrence*
Paul.Lawrence@pacificalawgroup.com
PACIFICA LAW GROUP LLP
401 Union St., Suite 1600
Seattle, WA 98101-2668
(206) 245-1700

*Attorneys for Plaintiff City of Salem*

* *Pro Hac Vice application pending*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CITY OF SALEM,<br><br>Plaintiff,<br>v.<br><br>MARKWAYNE MULLIN in his official capacity as Secretary of the U.S. Department of Homeland Security; the U.S. DEPARTMENT OF HOMELAND SECURITY; ROBERT J. FENTON JR. in his official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; and the FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>Defendants. | Case No. 6:26-cv-01340-MC<br><br>DECLARATION OF KALI LEINENBACH<br>In Support of Plaintiff City of Salem's Motion for Preliminary Injunction |



PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I, Kali Leinenbach, declare as follows:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make this declaration based on my own personal knowledge.

2. I am the Budget Manager of the City of Salem ("Salem" or "the City"). I have held this position since March 2023. I have been employed by the City for more than 15 years and previously held the position of Senior Fiscal Analyst. I earned my Bachelor of Science in Business Administration from Oral Roberts University.

3. During my career with the City, I have been responsible for the City and Urban Renewal Agency budgets, including development, reconciliation, and the public budget engagement process, as well as ensuring both the City and Urban Renewal Agency comply with State budget law.

4. As Budget Manager, my work duties include long-term financial forecasting to determine the fiscal health of several City funds and monitoring financial activity to estimate impact to fund balances each year. This requires a thorough understanding of the budgeting priorities and practices for the entire City of Salem, as well as the needs of its different departments and divisions. More broadly, I must understand the City's vision, values, and commitment to fostering an inclusive community and meeting the needs of its diverse residents, including through representative participation in the public budget engagement process and the development of equitable funding priorities. Specifically, I oversee:

- The Budget and Purchasing divisions in the City's Finance Department;
- The citywide budget development and adoption process;
- Budget compliance with State budget law;
- Long-term financial forecasting;



PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

- Monitoring actual financial activity; and
- Grant tracking and reporting.

**Salem's Budget**

5. Each fiscal year, Salem's City Council adopts a balanced budget. The budget is organized around "result areas" that reflect the services the City provides, the community's priorities, and the City Council's policy objectives: safe and healthy community; welcome and livable community; natural environment stewardship; safe, reliable, and efficient infrastructure; strong and diverse economy; and good governance. Organizing the budget in this manner helps ensure that City spending is aligned with its vision, mission, and values.

6. The City relies on federal grants to support essential emergency management functions, including repairing critical infrastructure damaged by natural disasters such as flooding. These grants include funding available through the Building Resilient Infrastructure and Communities ("BRIC") grant program, the Public Assistance ("PA") grant program, and the Emergency Management Performance Grant ("EMPG") program.

7. The City carefully plans for and manages all revenue sources, including federally awarded grants. Known and expected revenues are incorporated into financial projections and budget planning to assess the City's long-term financial conditions and the health of its various funds.

8. When a project or program is expected to be funded primarily through federal grants, Salem incorporates those anticipated grant revenues into its budget planning. Doing so allows local funds to remain available for other priorities, including infrastructure maintenance, capital improvements, and programs that advance Salem's short- and long-term goals.

9. Salem's General Fund has faced significant financial challenges because



PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

expenditures have grown more rapidly than revenues. Contributing factors include statutory limits on property tax increases (the State both limits the annual increase in property values even if less than market value and caps the rate of property tax assessments), rising costs of employees who provide valued City services to the community, and general inflation. In response, the City has implemented expenditure reductions, efficiencies, and additional revenue measures to improve the General Fund's long-term stability. For instance, there was a freeze on out-of-state training, overtime had to be essential for shift coverage, no new software or equipment was approved for a period, and 33.35 full-time-equivalent vacant positions were eliminated during FY 2024. The challenge is ongoing to balance community needs and desires with available funding and staffing.

10. The Emergency Management program, which operates within the Salem Fire Department, is funded in part through the General Fund and depends substantially on federal grant revenue. In recent years, EMPG funding has covered nearly half of the program's annual budget. Without those anticipated federal funds, the City must instead use General Fund revenues to support the program. Every General Fund dollar redirected for that purpose is unavailable for other essential services, including police, fire and medical emergency response, and unforeseen emergency or operational needs. Alternatively, reducing or eliminating the Emergency Management program because federal grant funding is unavailable would leave the community less prepared to respond to disasters and other emergencies.

11. The consequences of losing federal funding for the Emergency Management program are not speculative. For Grant Year 2025 which aligns with the City's Fiscal Year 2026, Salem could not accept an EMPG award of $80,945.50 because the award was conditioned on the terms that are being challenged in Salem's Preliminary Injunction Motion ("Challenged Conditions"). As a result, the program's entire annual budget of $256,020 was funded through



PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Salem's General Fund, substantially increasing the amount the City Council had planned and budgeted to contribute. This unexpected expense increased pressure on the General Fund and created additional uncertainty for future budget planning. Salem also has been awarded $1,093,800 in PA funds to repair critical facilities damaged during the presidentially declared storm disaster in December 2025. Because the PA grant award is subject to two of the Challenged Conditions, the City will be forced to decline those funds absent relief in this lawsuit. The result is that the City will not be able to fully repair the damaged facilities as planned.

12. Many City funds include a contingency appropriation that allows the City Council to respond to unforeseen needs that arise during the Fiscal Year. Recent examples include equipment failure (an HVAC unit at the City Shops Complex), repair to accidentally damaged City facilities or infrastructure, emergency response costs such as those associated with the 2018 ice storm, unexpected legal claims or judgments, or stabilization of rates or other funds. To maintain this flexibility, each fund must have sufficient cash reserves. When the City does not receive budgeted federal grants, fund balance is reduced, leaving the City with less flexibility to address these inevitable unexpected costs.

13. Maintaining adequate reserves has become increasingly important because of the uncertainty caused by the Challenged Conditions. Salem must remain prepared for future natural disasters and emergencies, which may require immediate access to contingency appropriations. Salem must account for the loss of budgeted federal grants (including EMPG and, absent relief in this lawsuit, PA funds), and it can no longer expect that future federal disaster assistance will be available. In other words, the City faces the prospect of using reserve funds to address current needs that should have been paid for with federal grant funds, while also preserving sufficient reserves to respond to future disasters that may receive no federal support.



PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

14. Utility capital construction projects are funded through a combination of utility rate revenue, grants, and system development charges. Available funding is insufficient to meet all identified infrastructure needs, and utility ratepayers cannot reasonably bear the full cost of major capital projects, such as replacement of the Geren Island Access Bridge, which is expected to cost more than $17 million. Federal grants play a critical role in allowing these projects to proceed. Without funding, projects may be delayed, other priorities deferred, and/or additional debt incurred (a long and expensive process). Deferring capital construction projects makes Salem less resilient by increasing long-term costs due to interim repairs and allowing facilities to deteriorate. The Geren Island Access Bridge project, like many large construction projects, will build resiliency and ensure continued access to essential infrastructure during a catastrophic disaster or emergency. The project has already been delayed because of the attempted termination of the BRIC program, and further delays will increase both project costs and the resulting strain on Salem's budget.

15. The combined loss of federal funding from the PA, BRIC, and EMPG programs adversely impacts Salem's budget and creates uncertainty. This budget uncertainty is a problem because it impairs the City's ability to engage in accurate long-term planning and delays critical infrastructure investments due to lack of funding. Uncertainty also leaves the City more vulnerable to inflation, which increases over time making costs for delayed projects higher. As revenue becomes more unpredictable, the City might need to adjust or reprioritize needs to operate efficiently and within available resources which results in less resiliency. Those outcomes are contrary to the purposes of the PA, BRIC, and EMPG programs, which are intended to strengthen communities' ability to prepare for, respond to, and recover from disasters.

16. Financial strain and budget uncertainty can also lead to a disconnect or loss of trust between city government and the public. Salem residents depend on the City to manage public



PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

resources responsibly and plan for both current and future community needs. Continued uncertainty around federal funding, even when caused by factors outside the City's control, undermines the City's ability to meet those expectations and may result in a loss of public trust that could take years or even decades to rebuild.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15th day of July, 2026.

*s/ Kali Leinenbach*____________
Kali Leinenbach
Budget Manager
City of Salem



PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th of July, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Oregon via the CM/ECF system which will send notification of such filing to all parties who are entered in this matter and registered with the CM/ECF system.

I hereby certify that I caused to be served, via the CM/ECF system, a true copy of the foregoing document upon the parties listed below:

Cameron Perla
Assistant United Stated Attorney
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Ph: 503.727.1000
cameron.perla@usdoj.gov

*Counsel for Defendants DHS, FEMA, Markwayne Mullin, and Robert J. Fenton, Jr.*

DATED this 15th day of July, 2026.

*s/ Mendy Graves*
Mendy Graves
Litigation Assistant
Pacifica Law Group LLP



PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750