**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**CAMERON PERLA, OSB #241820**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1000
Email: Cameron.Perla@usdoj.gov
Email: Tsechu.Dolma@usdoj.gov

Attorney for the Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**CITY OF SALEM**,

Plaintiff,

v.

**MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; ROBERT J. FENTON, JR., in his official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; FEDERAL EMERGENCY MANAGEMENT AGENCY,**

Defendants.

Case No. 6:26 cv-01340-MC

**JOINT STATUS REPORT**

**JOINT STATUS REPORT**

Pursuant to the Parties' Joint Motion for Entry of Scheduling Order (ECF No. 35) filed on September 8, 2026, Plaintiff City of Salem ("Plaintiff") and the underlying Defendants in this case submit this Joint Status Report ("JSR").

1. Plaintiff filed the instant action on June 30, 2026, and moved for a preliminary injunction on July 15, 2026. ECF Nos. 1, 14. Plaintiff objects to conditions included in Defendants' fiscal year ("FY") 2025 and FY 2026 Notices of Funding Opportunities ("NOFOs") and assert Administrative Procedure Act (APA) and constitutional claims for relief. *See* ECF No. 14 at 4-8.

2. On August 20, 2026, the Court issued an Opinion and Order granting Plaintiff's motion for preliminary injunction, finding that Plaintiff's constitutional and APA claims were likely to succeed on the merits. *See* ECF No. 32 at 16, 24.

3. Having reviewed the Court's Order, the Parties anticipate that this case may be adjudicated on cross-motions for summary judgment after the administrative record is provided.

4. The Parties agree that the just, speedy, and inexpensive determination of this action would be more effectively and efficiently achieved if the Parties' briefing on anticipated cross-motions for summary judgment were informed by any possible appeal of this action and by any possible further review of *County of King v. Turner*, No. 25-3664 (9th Cir.), or the issuance of its mandate.

5. The Parties respectfully request that the Court enter an order (1) extending the stay of further proceedings in this matter an additional six months

until February 12, 2027, and (2) directing the Parties to file a Joint Status Report within 90 days, including an estimate of the remaining documents to be provided in the first JSR filed after this order.

Dated: September 28, 2026.

Respectfully submitted,

*/s/ Jamie L. Lisagor*
JAMIE L. LISAGOR
Pacific Law Group
Attorney for Plaintiff

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Cameron Perla*
CAMERON PERLA
Assistant United States Attorney

*/s/ Tsechu Dolma*
TSECHU DOLMA
Assistant United States Attorney
Attorneys for Defendants